JS-6

APPELL SHAPIRO, LLP
Barry M. Appell, Esq. (CSB #174324)
Scott E. Shapiro, Esq. (CSB # 194352)
15233 Ventura Boulevard, Suite 420
Sherman Oaks, California 91403
Telephone: 800-625-7710
Facsimile: 818-305-6295

Attorneys for Plaintiff, LEONARD BALLOTT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD BALLOTT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OWENS-BROCKWAY GLASS CONTAINER, INC., a Delaware corporation; OWENS-ILLINOIS, INC., a Delaware corporation; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.: 2:16-cv-00284-BRO-KS<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL PURSUANT TO FRCP (41)(a)(1)(A)(ii)<br><br>Complaint Filed: January 13, 2016<br>Trial Date: July 18, 2017 |

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice.
2. Each party shall bear his/its own costs and attorneys' fees.

///
///
///

- 1 -
[~~PROPOSED~~] ORDER OF DISMISSAL PURSUANT TO FRCP (41)(a)(1)(A)(ii)

3. The Court shall retain jurisdiction over this matter to enforce the terms of the Confidential Settlement Agreement and General Release of All Claims. ~~through~~ xxxxxxxxxxxxx

DATED: May 4, 2017

_____

~~Senior~~ United States District Court Judge

[PROPOSED] ORDER OF DISMISSAL PURSUANT TO FRCP (41)(a)(1)(A)(ii)

Appell Shapiro, LLP
Attorneys at Law